AO 109 (Rev. 2/90) Seizure Warrant **NOT FOR PUBLIC VIEW**

# UNITED STATES DISTRICT COURT

FILED
08 AUG 28 PM 2:46
U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN District of CALIFORNIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)
FORD EXPEDITION
California license plate number 5KCJ852
Vehicle Identification Number 1FMPU18L3XLA26779
Gray in color

**SEIZURE WARRANT**

BY: DEPUTY

CASE NUMBER: '08 MJ 2598

TO: Any Special Agent of the Federal Bureau of Investigation and any Authorized Officer of the United

Affidavit(s) having been made before me FBI Special Agent Murry T. Streetman who has reason to
Affiant
believe that in Southern District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

FORD EXPEDITION
California license plate number 5KCJ852
Vehicle Identification Number 1FMPU18L3XLA26779
Gray in color
Registered to Hector Araux, 4231 Logan Avenue, apartment C, San Diego, California 92113

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure X (in the daytime—6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable, has been established),~~ leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant as required by law.

BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE
U.S. Judge or Magistrate

8/22/08 at 12:08 PM at SAN DIEGO, CALIF.
Date and Time Issued — City and State

BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Barbara L. Major
Signature of Judicial Officer

AO 109 (Rev. 2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/22/08 | 08/26/08 6:15 am | Hector Araux Sandoval |

INVENTORY MADE IN THE PRESENCE OF

FBI Special Agent Murry T. Streetman, FBI Special Agent Jamie S. Arnold

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

- A FORD EXPEDITION, CALIFORNIA LICENSE PLATE 5KCJ852, VEHICLE IDENTIFICATION NUMBER 1FMPU18L3XLA26779, GRAY IN COLOR.
- AN INVENTORY ON THE VEHICLE PRODUCED THE FOLLOWING ITEMS:
    1. MULTIPLE YEARS OF HECTOR ARAUX'S TAX RETURNS
    2. SEVERAL BUSINESS CARDS WITH PHONE NUMBERS WRITTEN ON THE FRONT AND BACK.
    3. RECEIPTS FOR VARIOUS CASH PAYMENTS.
    4. AUTOMOBILE INSURANCE CARDS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] U.S. Judge or Magistrate

8/28/08 Date